**No. 09-11271 (09A1198). Melbert Ray Ford, Petitioner v. Steve Upton, Warden.**

560 U.S. 962, 130 S. Ct. 3408, 177 L. Ed. 2d 320, 2010 U.S. LEXIS 4719.

June 9, 2010. Application for stay of execution of sentence of death, presented

to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.